# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

Court Minutes and Order

HEARING DATE: March 24, 2021
JUDGE: Brett H. Ludwig
CASE NO.: 17-cv-1174-bhl
CASE NAME: Northridge National Laboratory v. Schneider National Inc et al
MATTER: Oral Argument
APPEARANCES: Paul D Cranley, Attorney for Plaintiff
Robert D Moseley Jr, Attorneys for Defendants
TIME: 10:02 a.m. – 11:08 a.m.
COURTROOM DEPUTY: Melissa P.

**AUDIO OF THIS HEARING IS AT ECF NO. 61**

The Court heard argument on the pending motions. For the reasons stated on the record,

**IT IS HEREBY ORDERED**:

1. Plaintiff's expedited motion to quash, ECF No. 37, is **DENIED subject to conditions**: the request is limited to bank account records from March 2015 to December 2015. Any documents produced may be designated Confidential by stamping them with the word "Confidential." Defendant shall be responsible for maintaining the confidentiality of any document produced and labeled "Confidential" and may not share Confidential documents or their contents with any third party and may not use such documents or their contents for any purposes other than this litigation.

2. Plaintiff's motion to exclude expert testimony, ECF No. 26, is **DENIED**.

3. Plaintiff's motion for summary judgment, ECF No. 29, is **DENIED**.

4. Defendants' motion for summary judgment, ECF No. 33, is **DENIED in part**. Plaintiff must file a brief and supporting materials on plaintiff's ownership of the supercomputer and standing by **April 23, 2021**. Defendants must file their brief and materials in response by **May 14, 2021**. Plaintiff must file a brief in reply by **May 28, 2021**.

5. Discovery is reopened until **May 14, 2021** for the limited purpose of producing records under the third-party subpoena and taking a deposition on the matter of plaintiff's standing.

6. The parties must meet and confer on two issues: (1) whether plaintiff agrees that Schneider National Inc should not be retained as a named defendant; and (2) whether

plaintiff agrees that attorneys' fees are not a recoverable remedy under the Carmack Amendment. The parties should file a report on the outcome of their meet-and-confer efforts by **April 23, 2021**.

Dated at Milwaukee, Wisconsin on March 24, 2021.

s/ Brett H. Ludwig
BRETT H. LUDWIG
United States District Judge